JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-05728-MRA-JC | Date | July 2, 2024 |
|---|---|---|---|
| Title | United States of America v. Alfonso F. Ruiz et al. | | |

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER ADMINISTRATIVELY REOPENING CASE AND NOTICE TO DEFENDANTS IF PROCEEDING *PRO SE***

On September 21, 2021, Plaintiff United States of America filed a Notice of Bankruptcy Filing notifying the Court that Defendant Alfonso F. Ruiz ("Defendant") had filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (Case No. 2:21-bk-17221-VZ).  ECF 16.  Upon receipt of this notice, on December 5, 2022, the Court (Hon. Virginia A. Phillips presiding) administratively stayed the action pending resolution of Defendant's bankruptcy case, pursuant to 11 U.S.C. § 362(a).  ECF 17.  The case was administratively closed pending further order of the Court.  *Id.*

On June 6, 2024, Plaintiff notified the Court that, on May 13, 2024, the United States Bankruptcy Court entered an Order and Notice of Dismissal in Defendant's bankruptcy case.  ECF 18 (citing 2:21-bk-17221-VZ, ECF 66).  Accordingly, the statutory stay of this matter pending Defendant's bankruptcy proceeding no longer applies.  The Court therefore lifts the stay and directs the Clerk to administratively reopen this matter.

Defendants Alfonso F. Ruiz and Rocio Mendoza-Ruiz appear to be unrepresented in this case.  **As a result, Defendants shall have 60 days from the date of service of this Order to obtain counsel if they so choose.**  Defendants shall also have 90 days from the date of service of this Order to file their Answer to Plaintiff's Complaint, ECF 1.

The Court further **ORDERS** Plaintiff to serve this Order on Defendants within 10 days of this Order and to file proof(s) of service within five (5) days of service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-05728-MRA-JC | Date | July 2, 2024 |
|---|---|---|---|
| Title | United States of America v. Alfonso F. Ruiz et al. | | |

### NOTICE TO DEFENDANTS

Parties in court without a lawyer are called "*pro se* litigants."

**If Defendants obtain new counsel**, that new counsel must file a Notice of Appearance with the Court within sixty (60) days of this Order.

**If Defendants need more time to find new counsel or if Defendants decide to proceed pro se (without a lawyer)**, Defendants must file a Status Report informing the Court whether they will proceed pro se and providing the Court with their contact information. Defendants may contact the Courtroom Deputy by emailing MRA_chambers@cacd.uscourts.gov or calling (213) 894-3888 to ask how to file the Status Report.

**Persons appearing pro se are held to the same standards as attorneys.** *See* L.R. 1-3. *Pro se* litigants must comply with, in relevant part, the Local Rules of the Central District of California, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. L.R. 83-2.2.3. Failure to comply with these rules may be grounds for dismissal or judgment by default. L.R. 83-2.2.4.

Appreciating the challenges which may come with self-representation, the Court directs Defendants to the following resources for guidance:

- General information on how parties may represent themselves in civil cases in the Central District of California can be found at https://prose.cacd.uscourts.gov/.
- Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp.
- Local Civil Rules for the Central District of California can be found at https://www.cacd.uscourts.gov/court-procedures/local-rules.
- This Court's rules and procedures and Civil Standing Order are located at

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-05728-MRA-JC | Date | July 2, 2024 |
|---|---|---|---|
| Title | United States of America v. Alfonso F. Ruiz et al. | | |

https://www.cacd.uscourts.gov/honorable-monica-ramirez-almadani.

- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. *Pro se* litigants must call or submit an online application to request services as follows: online applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- In addition, the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibray.org, or via telephone at (213) 785-2513.

**IT IS SO ORDERED.**

|   | - : - |
|---|---|
| Initials of Deputy Clerk | gga |